1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   KEVIN P. McNAMARA, State Bar No. 180690
2  1055 West Seventh Street, 29th Floor
   Los Angeles, California 90017-2547
3  Telephone (213) 489-3222
   kmcnamara@hfdclaw.com
4

5  Attorneys for Defendants, RELIANCE STANDARD LIFE INSURANCE
   COMPANY("RELIANCE STANDARD")incorrectly identified in the complaint as
6  RELIANCE LIFE INSURANCE CO., COHERENT, INC., THE LONG TERM
   DISABILITY PLAN OF COHERENT, INC. and MATRIX ABSENCE
7  MANAGEMENT, INC.

8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/10/06*

| | |
|---|---|
| LINDA RECOTTA, | CASE NO. 5:05-cv- 03886 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DISMISSING THE COMPLAINT WITH PREJUDICE |
| v. | |
| RELIANCE LIFE INSURANCE CO., COHERENT, INC., MATRIX ABSENCE MANAGEMENT, INC., ET AL. | |
| Defendants. | |

Plaintiff LINDA RECOTTA and defendants RELIANCE STANDARD LIFE INSURANCE COMPANY("RELIANCE STANDARD")incorrectly identified in the complaint as RELIANCE LIFE INSURANCE CO., COHERENT, INC., THE LONG TERM DISABILITY PLAN OF COHERENT, INC. and MATRIX ABSENCE MANAGEMENT, INC. by and through their respective attorneys of record, hereby

///
///
///
///

F:\CASE\RAW.2747\PLEADINGS\Stip Dismissing Complaint.wpd

-1-

STIPULATION AND ORDER DISMISSING THE COMPLAINT WITH PREJUDICE

1  stipulate and agree that this action shall be dismissed with prejudice, with all parties
2  to bear their own attorney's fees and costs.
3
4
5  DATED: __9/22__, 2006        HARRINGTON, FOXX, DUBROW &
6                                CANTER, LLP
                                  MARK W. FLORY
7                                 KEVIN P. McNAMARA
8
9                              By: _____
                                   KEVIN P. McNAMARA
10                                 Attorneys for Defendants, RELIANCE
                                   STANDARD LIFE INSURANCE
11                                 COMPANY ("RELIANCE
                                   STANDARD") incorrectly identified in
12                                 the complaint as RELIANCE LIFE
                                   INSURANCE CO., COHERENT, INC.,
13                                 THE LONG TERM DISABILITY
                                   PLAN OF COHERENT, INC. and
14                                 MATRIX ABSENCE MANAGEMENT,
                                   INC.
15
16                                                 KERNER (ONLY)
   DATED: _August 23_, 2006     NEEDHAM, DAVIS, KIRWAN & YOUNG,
17                               LLP
18
19                             By: _____
                                   MAUREEN FOLAN
20                                 Attorneys for Plaintiff LINDA
                                   RECOTTA
21
22
23
24
25
26
27
28

F:\CASE\RAW.2747\PLEADINGS\Stip Dismissing Complaint.wpd

-2-

STIPULATION AND ORDER DISMISSING THE COMPLAINT WITH PREJUDICE

# ORDER

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: __10/10__, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Court Judge